FILED
CLERK, U.S. DISTRICT COURT

JAN 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| NORTON,<br><br>            Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATIONS,<br><br>            Defendant. | No. ED CV 07-00446-VAP (VBK)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and the entire action with prejudice.

DATED: January 8 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE